UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSEPH FELIX,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA CTY OFFICE OF THE DISTRICT ATTORNEY., et al.,<br><br>    Defendants. | Case No. 24-cv-00193 BLF (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against the Santa Clara County Office of the District Attorney. Dkt. No. 1. The Court dismissed the complaint with leave to amend for Plaintiff to correct various deficiencies in the pleading. Dkt. No. 13. Plaintiff filed an amended complaint. Dkt. No. 14. For the reasons discussed below, the amended complaint is dismissed with prejudice.

**DISCUSSION**

**A.**   <u>**Standard of Review**</u>

A federal court must conduct a preliminary screening in any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. *See* 28 U.S.C. § 1915A(a). In its review, the court must identify any

cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted or seek monetary relief from a defendant who is immune from such relief. *See id.* § 1915A(b)(1),(2). Pro se pleadings must, however, be liberally construed. *See Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1988).

To state a claim under 42 U.S.C. § 1983, a plaintiff must allege two essential elements: (1) that a right secured by the Constitution or laws of the United States was violated, and (2) that the alleged violation was committed by a person acting under the color of state law. *See West v. Atkins*, 487 U.S. 42, 48 (1988).

B.      **Plaintiff's Claims**

The Court dismissed the original complaint with leave to amend because Plaintiff made vague and confusing allegations without sufficient factual allegations to establish the violation of any constitutional right. Dkt. No. 13 at 3-4. The Court also stated that there were several potential problems which required further information from Plaintiff for the Court to determine the following: (1) whether there were ongoing criminal proceedings such that *Younger* abstention applied, (2) whether Plaintiff was already convicted and was challenging his conviction and sentence such that a habeas action was the appropriate avenue; (3) whether *Heck* bar applied, and (4) whether prosecutorial immunity applied to bar any claim against the DA. *Id.* at 3-5. Plaintiff was advised that he must address teach of these issues in an amended complaint. *Id.*

Plaintiff's amended complaint fails to correct the issues discussed in the Court's order. Dkt. No. 14. Rather, he names additional Defendants, including several judges and county employees. *Id.* at 2. Furthermore, the allegations in the amended complaint raise the same concerns as the original as Plaintiff refers to a state criminal action and that his arrest was "objectively unreasonable." *Id.* at 2-3. There are no clarifying allegations indicate either that there are ongoing criminal proceedings or that Plaintiff has been convicted and sentenced. As such, it fails to correct the various deficiencies identified by the Court in its initial review of the original complaint.

2

Plaintiff was already afforded one opportunity to amend, and the Court finds no good cause to grant him another opportunity where the amended complaint fails to correct the deficiencies from the original. *Wagh v. Metris Direct, Inc.*, 363 F.3d 821, 830 (9th Cir. 2003) (district court's discretion to deny leave to amend particularly broad where plaintiff has previously filed an amended complaint); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1261 (9th Cir. 1992). Accordingly, this action must be dismissed for failure to state a claim.

## CONCLUSION

For the foregoing reasons, the amended complaint is **DISMISSED** with prejudice for failure to state a claim for which relief can be granted.

**IT IS SO ORDERED.**

Dated:  __October 1, 2024___

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.24\00193Felix_dism(ftsac)

3