UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOSEPH FELIX,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA CTY OFFICE OF THE DISTRICT ATTORNEY., et al.,<br><br>Defendants. | Case No. 24-cv-00193 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant action with prejudice for failure to state a claim for relief and as untimely. Judgment is entered in favor of all Defendants and against Plaintiff Daniel Joseph Felix.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __October 1, 2024___

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.24\00193Felix_judgment